UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

**STEPHAN TYLER BRAGG #505515**        **CASE NO. 1:24-cv-433 SEC P**

-vs-        **JUDGE DRELL**

**MICHELE DAUZAT**        **MAGISTRATE JUDGE PEREZ-MONTES**

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 11), and after a de novo review of the record, including the Objection (ECF No. 12) filed by Petitioner, having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition (ECF No. 1) is DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. § 2244(d).

THUS DONE AND SIGNED at Alexandria, Louisiana this 5 day of December 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT